UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN BITER, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01741-DAD-MJS (PC)<br><br>**FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY ON COGNIZABLE CLAIMS AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>**(ECF NO. 1)**<br><br>**FOURTEEN (14) DAY OBJECTION DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's complaint (ECF No. 1), and found that it states the following cognizable claims: an Eighth Amendment claim for medical indifference against Defendants Lozovoy and Relevante (formerly identified as Doe 3, see ECF No. 14), and Eighth Amendment conditions of confinement and First Amendment retaliation claims against Defendants Ferris and Godfrey. The remaining claims were not cognizable as pled. (ECF No. 5.)

Plaintiff was ordered to file an amended complaint or notify the Court in writing if he wished to proceed only on the cognizable claims. (Id.) Plaintiff responded that he

does not wish to amend and instead wishes to proceed with the cognizable claims. (ECF No. 7.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only on the following claims: an Eighth Amendment claim for medical indifference against Defendants Lozovoy and Relevante, and Eighth Amendment conditions of confinement and First Amendment retaliation claims against Defendants Ferris and Godfrey; and
2. All other claims and defendants be dismissed from this action for failure to state a claim.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with the findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   February 28, 2017         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE