UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY, <br><br> Plaintiff, <br><br> v. <br><br> C. RELEVANTE, et al., <br><br> Defendants. | Case No. 1:16-cv-01741-DAD-MJS (PC) <br><br> **ORDER DENYING AS MOOT MOTION TO AMEND** <br><br> **(ECF NO. 29)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on the following claims: an Eighth Amendment claim for deliberate indifference to a serious medical need against defendants Lozovoy and Relevante, an Eighth Amendment conditions of confinement claim against defendants Ferris and Godfrey, and a First Amendment retaliation claim against defendants Ferris and Godfrey.

On July 10, 2017, Plaintiff filed a motion to amend his prayer for relief. (ECF No. 29.) Subsequently, on August 9, 2017, he filed a motion to amend his entire pleading and lodged a proposed amended complaint. (ECF Nos. 44, 45.)

Plaintiff's original motion to amend has been superseded by his subsequent motion. Accordingly, his original motion (ECF No. 29) is HEREBY DENIED as moot. His subsequent motion will be addressed by separate order and in due course.

IT IS SO ORDERED.

Dated: September 12, 2017        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE