UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>  Plaintiff,<br><br>  v.<br><br>C. RELEVANTE, et al.,<br><br>  Defendants. | No. 1:16-cv-01741-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING VARIOUS MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 67, 71, 75, 82) |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

Plaintiff has filed numerous motions that may fairly be characterized as requests for various forms of injunctive relief. (*See* Doc. Nos. 67, 71, 75.) On December 27, 2017, the assigned magistrate judge issued findings and recommendations recommending these motions, which sought relief such as an order that plaintiff be allowed access to the law library, that he be given access to his legal papers, and that a legal assistant and legal counsel be appointed for him, be denied. (Doc. No. 82.) The findings and recommendations permitted all parties to file objections thereto within fourteen days of their issuance. No objections have been filed and the time in which to do so has since passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

Given the foregoing:

1. The findings and recommendations issued December 27, 2017 (Doc. No. 82) are adopted in full;
2. Plaintiff's motions for a court order requiring that he be provided: access to the law library (Doc. No. 67); access to his legal papers (Doc. No. 71); and access to his legal or medical files (Doc. No. 75) are denied.

IT IS SO ORDERED.

Dated: **February 21, 2018**

UNITED STATES DISTRICT JUDGE