UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. RELEVANTE, R. LOZOVOY,<br>A. FERRIS, and P. GODFREY,<br><br>　　　　Defendants. | Case No. 1:16-cv-01741-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT COURT DENY DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND ALL OTHER PENDING MOTIONS<br><br>ECF No. 157 |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 7, 2018, the assigned Magistrate Judge entered findings and recommendations that the Court deny Defendants' motions for summary judgment and all other pending motions. ECF No. 157. On December 21, 2018, two Defendants filed their objections. ECF No. 160.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the assigned magistrate judge on December 7, 2018, ECF No. 157, are adopted in full;

2. Defendants' motions for summary judgment, ECF Nos. 133, 136, are denied;

1

3. Plaintiff's motions for access to law library and for reconsideration, ECF Nos. 134, 154, are denied; and

4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 3, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE