

FILED
JAN 18 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. RELEVANTE, R. LOZOVOY,<br>A. FERRIS, AND P. GODFREY,<br><br>　　　　Defendants. | Case No. 1:16-cv-01741-LJO-JDP (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE TONY ASBERRY, CDCR #P-63853 |

Plaintiff Tony Asberry, a state prisoner, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983.

A settlement conference in this matter commenced on January 18, 2019. Inmate Tony Asberry, CDCR #P-63853 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 1/18/2019

_____
UNITED STATES MAGISTRATE JUDGE

1