UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. RELEVANTE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:16-cv-01741-LJO-JDP<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR COURT ASSISTANCE<br><br>ECF No. 174 |

Plaintiff moves the court for access to the law library to prepare for trial. ECF No. 174. Plaintiff's trial date is currently set for July 7, 2020.[1] ECF No. 119. As plaintiff is aware, *see* ECF No. 113, the court has no jurisdiction over nonparties in this case and cannot order prison personnel to provide him library access. However, to the extent that plaintiff is asking the court to request (rather than order) the voluntary assistance of the litigation coordinator at his institution, plaintiff's request is granted.

Accordingly, the court requests the assistance of the litigation coordinator at plaintiff's institution to ensure that plaintiff is afforded adequate opportunities to access the library, to the extent that doing so is consistent with institutional order and security. *See Whitley v. Albers*, 475

---

[1] The district judge who is assigned to hear the case is retiring and so the trial may be rescheduled.

1

U.S. 312, 321-22 (1986). The clerk's office is directed to serve a copy of this order on the litigation coordinator at Kern Valley State Prison.

IT IS SO ORDERED.

Dated: January 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.