UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>   Plaintiff,<br><br> v.<br><br>C. RELEVANTE, *et al.*,<br><br>   Defendants. | Case No. 1:16-cv-01741-NONE-JDP<br><br>ORDER MODIFYING THE TRIAL SCHEDULING ORDER TO RESET THE TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL DATE<br><br>ECF No. 119 |

Under the current travel, social distancing, and other constraints related to the spread of COVID-19, it is not possible for the trial in this case to proceed as scheduled. Accordingly, the trial scheduling order, ECF No. 119, is modified as follows.

1. The telephonic trial confirmation hearing and jury trial dates are vacated.
2. The telephonic trial confirmation hearing is reset for August 13, 2020 at 2:00 p.m. before Magistrate Judge Jeremy D. Peterson.  (Dial-in: 888-204-5984; passcode: 4446176.)
3. The jury trial is reset for September 22, 2020 at 8:30 a.m. in Courtroom 4 before an unassigned district judge.

1

IT IS SO ORDERED.

Dated: __April 28, 2020__  _____
                                                        UNITED STATES MAGISTRATE JUDGE

No. 204.