# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>   Plaintiff,<br><br>   v.<br><br>C. RELEVANTE, *et al.*,<br><br>   Defendants. | Case No.  1:16-cv-01741-NONE-JDP<br><br>ORDER MODIFYING THE TRIAL SCHEDULING ORDER TO RESET THE TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL DATE<br><br>ECF Nos. 119, 191 |

Under the current travel, social distancing, and other constraints related to the spread of COVID-19, it is not possible for the trial in this case to proceed as scheduled. Accordingly, the trial scheduling order, ECF No. 119, which has been modified, ECF No. 191, is further modified as follows:

1. The telephonic trial confirmation hearing and jury trial dates are vacated.
2. The telephonic trial confirmation hearing is reset for February 1, 2021 at 2:00 p.m. before Magistrate Judge Jeremy D. Peterson. (Dial-in: 888-204-5984; passcode: 4446176).
3. The jury trial is reset for March 2, 2021 at 9:00 a.m. in Courtroom 4 before an unassigned district judge.

The clerk's office is directed to email a copy of this order to the litigation coordinator and plaintiff's institution of confinement.

1

IT IS SO ORDERED.

Dated:   August 10, 2020               /s/ Jeremy Peterson
                                                 UNITED STATES MAGISTRATE JUDGE

No. 204.