UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. RELEVANTE, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01741-NONE-HBK<br><br>ORDER DIRECTING CLERK TO PROVIDE NOTICE TO APPROPRIATE INSTITUTIONAL OFFICIAL |

　　　　Plaintiff Tony Asberry is proceeding *pro se* in this civil rights action. Plaintiff is presently incarcerated at Kern Valley State Prison. (*See* docket). At the settlement conference held today before the undersigned, Plaintiff stated his "life is in danger." He claims he is the only black inmate housed in his unit and that other inmates in his unit are gang members and have threatened him. Plaintiff stated he fears for his life.

　　　　The Court regularly receives notice from inmates alleging danger of death or imminent serious physical harm. In an abundance of caution, the Court will expedite notice of Plaintiff's allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

　　　　Accordingly, it is ORDERED**:**

　　　　1. The Clerk shall forward a copy of this Order to the appropriate officials at Kern Valley State Prison for handling as official(s) deem appropriate.

1

2. The Clerk shall indicate on the docket the name of the official(s) to whom notice was provided and upon receipt the official(s) shall confirm receipt thereof.

3. This Order provides notice only to correctional officials of Plaintiff's allegations and should not be construed as a ruling on the merits of Plaintiff's allegations or the merits of the underlying claims.

Dated:   July 26, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE