UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>          Plaintiff,<br><br>   v.<br><br>C. RELEVANTE, et al.,<br><br>          Defendants. | Case No. 1:16-cv-01741-NONE-HBK<br><br>ORDER GRANTING MOTION TO RECALCULATE WITNESS FEES AND GRANTING EXTENSION OF TIME TO SUBMIT PAYMENT OF WITNESS FEES TO SUBPOENA UNINCARCERATED WITNESSES<br><br>(Doc. No. 228) |

      Plaintiff Tony Asberry, a current state prisoner, is proceeding *pro se* in this civil rights action. Pending is Plaintiff's motion to obtain the attendance of two incarcerated witnesses who refuse to voluntarily testify filed December 15, 2021. (Doc. No. 228). The Court denied Plaintiff's previous motion seeking the attendance of these two witnesses without prejudice but provided Plaintiff with the fees he would be required to deposit to subpoena the witnesses. (Doc. No. 208). Plaintiff explains in his motion that he intends to submit the money orders for the witness fees and travel expenses for two witnesses who are not incarcerated and refuse to voluntarily testify, but he needs the court to correct the spelling of the one witness and recalculate the fees for this witness.

Plaintiff requests to subpoena Steve Fama[1] of the Prison Law Office. As ascertained by the court, the Prison Law Office is located at 1917 5th Street Berkeley, CA 94710. The round-trip distance for Mr. Fama to travel from this address to the Fresno federal courthouse is 362 miles. The current mileage reimbursement rate is set at 58.5 cents per mile.[2] Thus, the cost to subpoena Mr. Steve Fama would be $211.77 for travel plus the $40.00 daily witness fee for a total of $251.77. Due to the 2.2 cents increase in the mileage rate, the total reimbursement cost to subpoena Dr. Lopez to travel from Kern Valley State Prison to the Fresno federal courthouse would be $134.77 (162 miles at 58.5 cents per mile which totals $94.77 plus the $40.00 daily witness fee). Because no statute authorizes the use of public funds to cover these payments and Plaintiff's *in forma pauperis* status does not obviate his need to pay them, Plaintiff must submit a money orders made payable to each witness for the amounts listed above. The Court will afford Plaintiff an extension of time until February 14, 2022 to submit the money orders to the Clerk.

As noted in previous orders, Plaintiff's trial date has been delayed indefinitely due to the ongoing global pandemic. Thus, at the present time, a date and time for Plaintiff's trial has not been set.

Accordingly, it is ORDERED:

1. Plaintiff's motion to recalculate the witness fees (Doc. No. 228) is GRANTED to the extent set forth in this Order.

2. Plaintiff's motion for extension of time to pay the witness fees is GRANTED to the extent that Plaintiff shall deliver money orders for the amounts set forth in this Order to the Clerk's Office no later than February 14, 2022.

Dated:   January 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court in its earlier order misspelled the witness' name as "FARA."
[2] The previous rate of 56 cents was increased to 58.5 cents effective 1/1/2022. https://www.gsa.gov/travel/plan-book/transportation-airfare-pov-etc/privately-owned-vehicle-pov-mileage-reimbursement-rates.