1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| TONY ASBERRY, | ) | Case No.: 1:16-cv-01741-JLT-HBK |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING TRIAL DATE |
| v. | ) ) | (Doc. 255) |
| C. RELEVANTE, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

On October 14, 2022, Defendants Relevante and Lozovoy moved to modify the scheduling order so as to continue the trial date in this matter. (Doc. 255.) Good cause having been shown, Defendants' motion is **GRANTED**. The jury trial is continued to **Monday, April 3, 2023 at 8:30 a.m.** before the undersigned at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California.


IT IS SO ORDERED.

Dated:   **October 24, 2022**

UNITED STATES DISTRICT JUDGE

1