UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. RELEVANTE, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01741-JLT-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF DOCKET SHEET<br><br>(Doc. 271) |

　　　　Tony Asberry is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On October 27, 2022, Plaintiff filed a request for a copy of all docket entries in this matter. As the Plaintiff was previously informed, this request should be directed to the clerk's office. (*See* Doc. 208.) As the Court explained, "Plaintiff is reminded that 'proceeding *in forma pauperis* does not entitle a party to the waiver of anything other than court filing fees.' *Martin v. McNut*, 2011 WL 4543039, at *1 (E.D. Cal. Sept. 28, 2011). Nor does plaintiff's *pro se* or prisoner status entitle him to receive complimentary copies. *Blair v. CDCR*, 2018 WL 1959532, at *6 f. 2 (E.D. Cal. Apr. 25, 2018). Consistent with statute, the court will provide copies of documents and the docket sheet at $0.50 per page. *See* 28 U.S.C. § 1914. Checks in the exact amount are payable to 'Clerk, USDC.'" (Doc. 208 at 4.) The docket is 26 pages in length. Thus, to the extent Plaintiff wishes to obtain a copy of the docket sheet, he should forward a check in the amount of $13.00 to the Clerk with his request for the same.

1

Accordingly, the Court **ORDERS**:

1. Plaintiff's request to obtain a copy of the docket sheet in this matter (Doc. 271) is **DENIED**.

IT IS SO ORDERED.

Dated: **November 3, 2022**

_____
UNITED STATES DISTRICT JUDGE