BRUCE A. KILDAY, SBN 066415
DERICK E. KONZ, SBN 286902
ASHLEY RISER, SBN 320538
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100

Attorneys for Defendants PAUL GODFREY AND ANDREW FERRIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TONY ASBERRY,<br><br>    Plaintiff,<br><br>  vs.<br><br>C. RELEVANTE, et al.,<br><br>    Defendants. | Case No.:  1:16-cv-01741-JLT-HBK<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS PAUL GODFREY AND ANDREW FERRIS' REQUEST TO MODIFY THE FINAL PRETRIAL ORDER FOR AN EXTENSION OF TIME** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has considered the Defendants' request for an extension of time for all parties to file their opposition to motions in limine, proposed jury instructions, exhibits, trial briefs, and proposed voir dire questions. Good cause appearing, the Court grants the Defendants' request, and modifies the Final Pretrial Order (ECF No. 248) as follows:

1. The deadline for the Defendants and Plaintiff to file their oppositions to motions in limine is extended from November 14, 2022 to December 14, 2022;

2. The deadline for the Defendants and Plaintiff to file their oppositions to proposed jury instructions is extended from November 14, 2022 to December 14, 2022;

3. The deadline for the Defendants and Plaintiff to file their trial briefs is extended from November 21, 2022 to December 21, 2022;

4. The deadline for the Defendants and Plaintiff to file their proposed voir dire questions is extended from November 21, 2022 to December 21, 2022; and

5. The deadline for the Defendants and Plaintiff to file their exhibit binders is extended from November 28, 2022 to December 28, 2022.

IT IS SO ORDERED.

Dated: __**November 16, 2022**__                              _[signature: Jennifer L. Thurston]_
                                                                                          UNITED STATES DISTRICT JUDGE