1   TONY ASBERRY

2   P-63853 FAC-C-1-122

3   P.O. BOX, 5104

4   (KVSP)

5   DELANO CALIF. 93216



FILED

JAN 12 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7

8         UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA

10   TONY ASBERRY         NO. 1:16-CV-01741-JLT-HBK

11

12       v.             PLAINTIFF'S DECLARATION IN
                    SUPPORT OF EXHIBIT BINDER'S
13                 PURSUANT TO DOC.#NO. 248

14   C. RELEVANTE et al.,

15

16

17   TONY ASBERRY DECLARES AS FOLLOWS:

18

19   1) I AM THE PLAINTIFF IN THIS CASE. AND THAT I'M
20       OVER THE AGE OF 18

21

22   2) THAT ON 11-28-2022. I PARTICIPATED IN A THREE
23       WAY TELEPHONE "MEET AND CONFER" WITH COUNSEL OF
24       RECORD MR. WILSON OF THE DOJ. AND ASHLEY KISER
25       OF ANGELO, KILDAY AND KILDUFF ATTORNEY'S LAW
26       FIRM.

27

28

3) THAT I'M NOT AN ATTORNEY AND THAT I'M REPRES-
- ENTING MYSELF IN THIS CASE.

4) THAT TO THE BEST OF MY UNDERSTANDING OF THIS
COURT'S PRETRIAL ORDER TO SUBMIT "EXHIBIT BINDER'S"
I AM SUBMITTING THE FOLLOWING:
 A) A LISTING OF ALL OF PLAINTIFF'S EXHIBITS IN-
- CLUDING (PX-1, THRU PX-91)

 B) PLAINTIFF'S INDEX OF JOINT EXHIBITS PUR-
- SUANT TO PLAINTIFF'S 11-28-2022 CONVERSATION
WITH MR WILSON.

 C) PLAINTIFF'S INDEX OF JOINT EXHIBITS WITH ASH-
LEY RISER. ACCORDING TO COUNSEL WOULD BE
"OBJECTING TO EVERYTHING," AS SUCH, PLAINT-
- IFF DOES NOT HAVE AN INDEX OF JOINT EX-
- HIBITS IN THE CASE OF THE DEFENDANTS
BEING REPRESENTED BY MRS RISER.

5) THAT INITIALLY I WAS GOING TO SUBMIT COPIES
OF ALL OF MY EXHIBITS TO THIS COURT. HOWEVER,
THE COURT EARLY ON EXPLAINED THAT THE COURT
DOES NOT EXCEPT OR STORE, A PARTIES EVIDENCE

2 OF 3

6) Plaintiff respectfully request that the court explain to the plaintiff whether or not I need to submit all of my exhibits Including PX-1 thru- PX-41.

7) This is my first-time submitting exhibit Binder

8) My understanding is that exhibit Binders are for the purpose of resolving Disputes

9) There were only two or three disputes in the case of the defendants being represented by Mr. Wilson.

Executed on this 8th day of January In the year of 2023 In the county of Kern at the location of Kern Valley State Prison.

Pursuant to 28 U.S.C. Section 1746, I Declare under Penalty of Perjury that the forgoing is True and Correct.

Respectfully
Submitted

Tony Asberry

P-63853

3 of 3

U.S. Dist. Court. East. Dist. of Calif. (Fresno Calif)

1:16 CV-01741-JLT-HBK

# EXHIBIT COVER PAGE



A

EXHIBIT

Description if this exhibit: Plaintiffs Index of Joint Exhibits
Pursuant To (Doc. No. # 248)

Number of Pages to this exhibit: (4) Pages.

## JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELATE COURT
☐ STATE SUPREME COURT
☑ UNITED STATES DISCTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITED STATES SUPREME COURT
☐ GRAND JURY

# Index of Joint Exhibits

| Exhibit # | Admitted in Evidence |
|-----------|----------------------|
| PX 1 | Agreed |
| PX 2 | Agreed |
| PX 3 | Agreed |
| PX 4 | Agreed |
| PX 5 | Agreed |
| PX 6 | Agreed |
| PX 7 | Agreed |
| PX 8 | Agreed |
| PX 9 | Agreed |
| PX 10 | Agreed |
| PX 11 | Agreed |
| PX 12 | Agreed |
| PX 13 | Agreed |
| PX 14 | Agreed |
| PX 15 | Agreed |
| PX 16 | Agreed |
| PX 17 | Agreed |
| PX 18 | Agreed |
| PX 19 | Agreed |

| EXHIBIT # | INDEX of Joint Exhibits | ADMITTED IN EVIDENCE |
|---|---|---|
| PX 20 | AGREED | |
| PX 21 | AGREED | |
| PX 22 | AGREED | |
| PX 23 | | |
| PX 24 | AGREED | |
| PX 25 | AGREED | |
| PX 26 | AGREED | |
| PX 27 | AGREED | |
| PX 28 | AGREED | |
| PX 29 | AGREED | |
| PX 30 | AGREED | |
| PX 31 | AGREED | |
| PX 32 | AGREED | |
| PX 33 | AGREED | |
| PX 34 | AGREED | |
| PX 35 | AGREED | |
| PX 36 | AGREED | |
| PX 37 | AGREED | |
| PX 38 | AGREED | |

# INDEX of Joint Exhibits

| EXHIBIT # | | ADMITTED INTO EVIDENCE |
|---|---|---|
| PX 39 | | AGREED |
| PX 40 | | AGREED |
| PX 41 | | AGREED |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OBJECTION OTHER |
|---|---|---|---|---|
| PX 23 | PLAINTIFFS X-RAYS TAKEN BY THE (DDC) DEFENDANTS STATEMENT/CONVERSATION - DISPUTED FACTS | | DEFENDANTS OBJECTS | |
| PX-24 | | | DEFENDANTS OBJECTS | NOT ABLE TO RECALL |

U.S. Dist. Court East. Dist. of Calif (Fresno Div.)

1:16-CV-01741-JLT-HBK

# EXHIBIT COVER PAGE  B

EXHIBIT

Description if this exhibit: Plaintiff's listings of Exhibits to
be used at Trial PX-1. Thru. PX-91

Number of Pages to this exhibit: __12__ Pages.

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELATE COURT
☐ STATE SUPREME COURT
☑ UNITED STATES DISCTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITED STATES SUPREME COURT
☐ GRAND JURY

**PX-1** CDCR 1845 "Disability Placement Program Verification (DPPV) Dated 4-17-15, Signed By Dr. Kim, confirming Disability.

**PX-2** CDCR 7410 "Comprehensive Accommodation Chrono, Dated 4-17-15 Signed By Dr. Kim "Permanent."

**PX-3** EMG/Nerve conduction Study. Referred By Dr. Birdsong, Performed By Andrew J. Rice, MD, PhD. Conclusions: "There is Electrodiagnostic evidence of a sensorimotor Peripheral neuropathy and a Possible Left L2-3 Lumbar Radiculopathy." Dated 8-25-15

**PX-4** CDCR 7230-M "PcP" Primary care Provider Progress note". Dated: 9-22-15, and a CDCR 7230 "Inter Disciplinary Progress notes Dated: 9-22-15, "Ordering Teleneurology consult.

**PX-5** CDCR 7362's "Health care Services Request Forms." (11) Total Dating From: 9-29-15 The Date of Plaintiffs Arrival To (KVSP) up until 10-21-15 One Day Prior To Defendant Lozovoy's 10-22-15 Actions

**PX-6** CDCR 1845 (DPPV) "Disability Placement Program Verification" Dated 10-22-15. Signed By Defendant Lozovoy. Evidencing The Fact That Defendant removed Plaintiff From The (DPPV)

**PX-7** CDCR 7410 "Comprehensive Accommodation Chrono". Dated 10-22-15 Signed By Defendant Lozovoy.

**PX-8** CDCR 1824 "Reasonable Accommodation Request" By The Plaintiff Dated 11-8-15 Log No.# KVSP-0-15-03127. "Document" Needs To Be Explained". Attached is CDCR 602 Patient-Inmate-Health care Appeal By Plaintiff Dated: 12-3-15, Log No.# KVSP-HC-15036749

PX-9
1. CDCR 1824 "REASONABLE ACCOMMODATION REQUEST" BY Plaintiff
2. DATED: 11-19-15. LOG. NO# KVSP-0-15-03240. ATTACHED IS CDCR 602-HC-
3. "HEALTH CARE APPEAL. DATED BY Plaintiff ON 12-8-15. LOG. NO# KVSP-
4. -HC-15036750

PX-10
5. CDCR 7362 "HEALTH CARE SERVICES REQUEST FORMS" DATED: FROM:
6. 10-28-15 THROUGH 11-12-15 A TOTAL OF (5) FORMS

PX-11
7. COPY OF Plaintiff's INITIAL LETTER TO THE (PLO) "PRISON LAW OFFICE"
8. DATED: 11-22-15. BY Plaintiff

PX-12
9. (PLO) INITIAL RESPONSE TO Plaintiff's 11-22-15 LETTER. (PLO)
10. SIGNED BY (PLO) STAFF MEMBER ANJULI BRANZ
11.

PX-13
12. MEMORANDUM FROM (PLO) STAFF MEMBER "STEVE FAMA/AB
13. DATED: 12-7-15. TO: CALIF. CORR. HEALTH CARE SERVICES, AND
14. RECEIVER'S OFFICE OF LEGAL AFFAIRS. MR. FAMA ASKED FOR RESPONSE
15. TO (4) QUESTIONS.
16.

PX-14
17. MEMORANDUM DATED: 12-21-15 "PURSUANT TO THE STIPULATION —
18. - FOR INJUNCTIVE RELIEF AGREED TO IN RE: PLATA V. BROWN,
19. MEDICAL EXECUTIVE AT (KVSP) PROVIDED THE RESPONSE TO THE
20. FOUR QUESTIONS ASKED BY STEVE FAMA. (DR. LOPEZ)

PX-15
21. FINAL LETTER FROM THE (PLO) DATED: 1-14-16 SIGNED BY
22. (PLO) STAFF MEMBER "ANJULI BRANZ".
23.

PX-16
24. CDCR 7362 "HEALTH CARE SERVICES REQUEST FORMS" A TOTAL
25. (65) DATED 11-15-15 THROUGH 7-4-16

PX-17
26.
27. CDCR (22) FORM BY Plaintiff DATED: 1-24-16 ADDRESSED TO THE
28. (KVSP) ADA COORDINATOR. ALSO CDCR (22) FORM ADDRESSED TO
(KVSP) EDUCATION DEPARTMENT. (CDCR (22) DATED: 12-2-15

PX-13
1
CDCR 128-A "COUNSELING CHRONO'S" DATED: 2-9-16, 2-11-16,

2
AND 2-16-16

PX-19
4
CDCR 115 (RVR) "RULE VIOLATION REPORT, DATED: 3-11-16

LOG NO.# 02206

PX-20
6
CDCR 115 (RVR) "RULE VIOLATION REPORT" DATED: 2-18-16

7
LOG.NO# FC-16-02-066

PX-21
9
CDCR 114-D "ADMINISTRATIVE SEGREGATION PLACEMENT-

-NOTICE." DATED: 4-26-16.

10

PX-22
12
EMG/NERVE CONDUCTION STUDY: PERFORMED BY "REMIA-

-PADUGA, MD: DATED: 10-9-13

PX-23
14
PLAINTIFF'S X-RAYS DATED: 6-20-03, 4-1-08, AND

15
2-18-10,

PX-24
16
17
DEFENDANT LOZOVOY'S RESPONSE TO PLAINTIFF'S REQUEST

18
FOR ADMISSIONS, SET ONE. DATED: 11-30-17

PX-25
20
DEFENDANT LOZOVOY'S RESPONSE TO PLAINTIFF'S REQUEST

21
FOR ADMISSIONS, SET TWO. DATED: 1-19-18

PX-26
23
DEFENDANT LOZOVOY'S RESPONSE TO PLAINTIFF'S INTERR-

24
-OGATORIES SET-TWO.

PX-27
25
DEFENDANT LOZOVOY'S RESPONSE TO PLAINTIFF'S REQUEST

26
FOR PRODUCTION OF DOCUMENTS, SET-ONE.

PX-28
27
28
DEFENDANT LOZOVOY'S RESPONSE TO PLAINTIFF'S REQUEST FOR IN-

-SPECTION OF THINGS AND PLACES, SET-ONE

3 OF 4

PX-29

1 DEFENDANT LOZOVOY'S RESPONSE TO PLAINTIFFS STATEMENT
2 of UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFFS MOTION
3 FOR SUMMARY JUDGMENT. DATED: MAY 17th 2018

PX-30

4 "CALIFORNIA PRISON HEALTH CARE SERVICES" (CPHCS)
5 VOLUME 4: MEDICAL SERVICES, CHAPTER 28A, "NURSE
6 PRACTITIONER POLICY, AND CHAPTER 28B, "NURSE PRACTI-
7
8 -TIONER PROCEDURE". ALSO, (CPHCS) "NURSE PRACTITIONER
9 - DUTY STATEMENT".

PX-31

10 MRI'S DATED: 3-7-11, AND 10-17-11, "DICTATED BY"
11 WOO, HOW, M.D.

PX-32

12
13 CDCR CLASSIFICATION REVIEW (KVSP) DATED: 5-21-16 COMMIT-
14 - ITTEE TOOK DISCIPLINARY ACTION AGAINST THE PLAINTIFF
15 FOR BEING UNABLE TO REPORT TO THE LOCATION OF PLAINT-
16 - IFF'S ASSIGNMENT

PX-33

17
18 CDCR "HEALTH CARE SERVICES PHYSICIAN REQUEST FOR SERVICES"
19 DATED: 9-16-13. IN RE: of FIRST EMG/NERVE CONDUCTION
20 STUDIES DATED 10-9-13
21
22
23
24
25
26
27
28

4 of 4

listings of Exhibits (DEF. Relev.)

NOTE: All Previous Exhibits listed in Defendant's listing of Exhibits. Numbers (1-Thru-8) and Exhibits. (9-Thru-17), Also (18-Thru-23), IN ADDITION,

PX-34  CDCR 7230-M "Primary Care Provider chronic care - Progress Note." Dated: 6-8-16, Signed by Defendant C. Relevante.

PX-35  CDCR 7362 "Health care Services Request Form" A Total of (5) Dated: 6-9-16 Through 6-26-16.

PX-36  CDCR (2) "Request For Interview, Item or Service Dated 6-26-16 and 6-30-16.

PX-37  CDCR 114-A "Inmate Segregation Record" Date 4-26-16 Through 7-6-16.

PX-38  "Calif. Prison Health Care Services" (CPHCS) Volume 4: "Medical Services". chapter 27A, Physician Assistant Policy, And chapter 27B "Physician Assistant Procedure", And (CPHCS) Physician Assistant Duty Statement,

PX-39  Defendant Relevante's Response to Plaintiffs Request, For Admissions, Set-One. Dated: 11-30-17

PX-40  Defendant Relevante's Response to Plaintiffs Request For Interrogatories, Set-One. Dated: 10-13-17.

1 of 2

PX:41

1   DEFENDANT RELEVANTE'S RESPONSE TO PLAINTIFFS

2   INTERROGATORIES, SET-TWO. DATED 11-17-17

PX

3   DEFENDANT RELEVANTE'S RESPONSE TO PLAINTIFF'S STATE-
4

29   5   -MENT OF UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFFS

6   MOTION FOR SUMMARY JUDGMENT. NOTE: GO TO DEF.

7   LOZOVOY'S EXHIBITS TO REVIEW ⑨  AT LOZOVOY'S #29

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Listing of Exhibits Def. Godfrey, Ferris

NOTE: To self: "Exhibits order not in order".

**PX42** CDCR 602 Appeal Form by Plaintiff dated: 9-29-15, Log. No.# (KVSP)-0-15-02698

**PX43** CDCR 602 Appeal Form by Plaintiff dated: 2-17-17, Log. No.# RJD-17-01357, In re: of missing CDCR 602 Appeal by Plaintiff dated: 10-5-15, Log No.# KVSP-0-15-02878, Note: RJD, Appeals Coordinator used two different Log. No.'s # for the same Appeal including RJD-17-01357, and RJD-16-04789, in an effort to throw me off the trail.

**PX44** Plaintiff's personal Log Pages from the period of 9-29-15 thru the month of Oct. of 2015.

**PX45** A copy of Plaintiff's "Tracking" sheet while at RJD dated 12-20-17

**PX46** CDCR "Bed Request" dated 5-1-16 signed by (KVSP) staff member Flores, Jason

**PX47** Court ordered: "Remedial Plan" Armstrong v. Davis

**PX48** CDCR 602 Appeal dated 11-16-15 Log No.# KVSP-0-15-03196 by the Plaintiff.

**PX49** CDCR 602 Appeal by the Plaintiff dated: 1-5-16 Log No.# (KVSP)-0-16-00097

PX 50
1 CDCR 602 APPEAL BY The Plaintiff DATED: 2-7-16. LoG No #
2 (KVSP)-0-16-00475

PX 51
4 CDCR 602 APPEAL BY Plaintiff DATED: 2-21-16, LoG. NO#
KVSP-0-16-00626,

PX 52
5
6 CDCR. 7371 "Health CARE TRANSFER INFORMATION" DATED:
7 Either 4-6-16, or 7-6-16. SIGNED BY NURSE REGINO.

PX 53
8
9 "Calif CORRECTIONAL Health CARE SERVICES (CCHCS), VOLUME 4:
10 "MEDICAL SERVICES", CHAPTER* 32, SECTION: 4.32.1 "DURABLE
11 - MEDICAL EQUIPMENT AND MEDICAL SUPPLY PROCEDURE".

PX 54
12
13 (CCHCS) VOLUME 4: "MEDICAL SERVICES" CHAPTER #3 SECTION
14 4.3.1 "Health CARE TRANSFER Policy"

PX 55
15
16 CDCR 7362 "Health CARE SERVICES REQUEST FORMS, A Total
of (8) DATED: 7-7-16, THROUGH 8-3-16

PX 56
3
19 CDCR "Health CARE APPEAL" DATED: 7-19-16, By Plaintiff, 56
20 LoG. No# HDSP-Hc-16030590,

PX 57
21
22 CDCR "Health CARE APPEAL" DATED: 8-6-16. BY Plaintiff
23 LoG No# 16030671,

PX 58
24
25 CDCR 7536 "DURABLE MEDICAL EQUIPMENT AND MEDICAL
26 - SUPPLY RECEIPTS" A Total of (23) FORMS
27
28

2 of 6

PX 59 | 1 | FOUR PICTURES OF THE (W/C) WHEELCHAIR THAT PLAINTIFF RECIEVED
| 2 | ON 7-6-2016, UPON ARRIVAL TO (HDSP)

PX 60 | 3 | CDCR 7219 "MEDICAL REPORT OF INJURY, OR UNUSUAL OCCURRANCE",
| 4 | DATED: 11-30-2016, SIGNATURE NOT LEGIBLE.

PX 61 | 5 | DEFENDANT PAUL GODFREY'S "TRAINING PARTICIPATION SIGN-IN SHEETS"

PX 62 | 6 | DEFENDANT ANDREW FERRIS "TRAINING PARTICIPATION SIGN-IN SHEETS,
| 7 |

PX 63 | 8 | DEFENDANT PAUL GODFREY'S "STIPULATION AND RELEASE" SPB CASE NO.-
| 9 | - UNASSIGNED, C-KVSP-478-16-D.

PX 64 | 10 | DEFENDANT ANDREW FERRIS. "STIPULATION AND RELEASE" SPB CASE-
| 11 | NO. UNASSIGNED C-KVSP-478-16-D
| 12 |

PX 65 | 13 | CDCR APPEAL BY PLAINTIFF DATED: 7-10-16, LOG NO. # KVSP-0-
| 14 | -16-02250.
| 15 |
| 16 | IMPORTANT NOTICE REGARDING YOUR BENEFITS AND OTHER
| 17 | PAYROLL DEDUCTIONS
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

PX 66
1   DEFENDANTS FERRIS ¹ GODFREY'S ANSWER TO PLAINTIFFS
2   COMPLAINT. (ECF. NO.#49), ENTERED ON 8-17-17.

PX 67
4   DEFENDANTS FERRIS ² GODFREY'S MOTION FOR SUMMARY
5   JUDGMENT DATED: 6-28-18

PX 68
7   DEFENDANT PAUL GODFREY'S RESPONSE TO PLAINTIFF'S
8   REQUEST FOR INSPECTION OF THINGS AND PLACES # 1
    DATED: 10-10-17

PX 69
10  DEFENDANT PAUL GODFREY'S RESPONSE TO PLAINTIFF'S
11  REQUEST FOR ADMISSIONS, SET-ONE, DATED: 11-13-17

PX 70
13  DEFENDANT PAUL GODFREY'S RESPONSE TO PLAINTIFF'S
    ANDREW
14  REQUEST FOR ADMISSIONS, SET-TWO, DATED: 12-28-17

PX 71
16  DEFENDANT PAUL GODFREY'S ANSWERS TO PLAINTIFF'S
17  INTERROGATORIES, SET-ONE, DATED: 10-12-17

PX 72
18  DEFENDANT PAUL GODFREY'S ANSWERS TO PLAINTIFF'S
19  INTERROGATORIES, (SET-TWO) DATED: 12-28-17

PX 73
20  DEFENDANT PAUL GODFREY'S RESPONSE TO PLAINTIFF'S
21  INTERROGATORIES, SET-THREE DATED: 2-23-18
22

PX 74
23  DEFENDANT PAUL GODFREY'S RESPONSE TO PLAINTIFF'S
24  REQUEST FOR PRODUCTION OF DOCUMENTS #1. DATED 10-4-17

PX 75
AND
26  DEFENDANT PAUL GODFREY'S RESPONSE TO PLAINTIFF'S
PX 76
27  REQUEST FOR PRODUCTIONS OF DOCUMENTS, 2 ³ 3 DATED: 12-28-17
                                                      2-23-18

PX 77
28  DEFENDANT FERRIS RESPONSE TO PLAINTIFF'S REQUEST FOR INSPECTION
    OF THINGS AND PLACES #1

4 of 6

PX 78 — DEFENDANT ANDREW FERRIS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS #(1)

PX 79 — DEFENDANT ANDREW FERRIS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS #(2)

PX 80 — DEFENDANT ANDREW FERRIS' RESPONSE TO PLAINTIFF'S REQUEST FOR THE PRODUCTION OF DOCUMENTS (SET-THREE)

PX 81 — DEFENDANT ANDREW FERRIS' ANSWERS TO PLAINTIFF'S INTERROGATORIES, (SET-ONE)

PX 82 — DEFENDANT ANDREW FERRIS' ANSWERS TO PLAINTIFF'S INTERROGATORIES, (SET-TWO)

PX 83 — DEFENDANT ANDREW FERRIS' ANSWERS TO PLAINTIFF'S INTERROGATORIES (SET-THREE)

PX 84 — DEFENDANT ANDREW FERRIS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS (SET-ONE)

PX 85 — DEFENDANT ANDREW FERRIS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS, (SET-TWO)

PX 86 — DEFENDANT ANDREW FERRIS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS (SET-THREE)

PX 87 — CDCR 7536 DURABLE MEDICAL EQUIPMENT AND MEDICAL SUPPLY RECEIPT, THAT WAS PROCESSED ON 9-29-15.

5 of 6

PX 88 ⟩ DEFENDANTS GODFREY AND FERRIS' MOTION OF OPPOSITION
TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT

1

PX 89   CDCR 1845 (DPPV) DATED 7-12-16. SIGNED BY MIRANDA
ELEVATING PLAINTIFFS ACCOMMODATION NEEDS AND level
of DISABILITY TO "DPW"

3

4

5

PX 90   6   (CCHCS) VOLUME 4: "MEDICAL SERVICES", CHAPTER 29, SECT-
7   -ION 4.29.2 "MEDICAL CLASSIFICATION" SYSTEM PROCEDURE"

8

PX 91   CDCR 602, LOG NO# KVSP-016-01341, DATED 4-20-16
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28