# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>  Plaintiff,<br><br>  v.<br><br>C. RELEVANTE, LOZOVOY, FERRIS, GODFREY,<br><br>  Defendants. | Case No. 1:16-cv-01741-JLT-HBK (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA ON WITNESS BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>**SERVICE WITHIN 7 DAYS** |

Plaintiff Tony Asberry ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for trial on April 4, 2023.

Plaintiff has submitted the required fees made payable to the witness **Steve Fama**, being commanded to appear at trial on April 5, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

   a. One completed and issued subpoena to be served on:

      **Steve Fama**
      **Prison Law Office**
      **1917 5th Street, Berkeley, CA 94710**

1

   b. One completed USM-285 form;

   c. One money order #22-022114055 in the amount of $266.25, made payable to Steve Fama;

   d. Two (2) copies of this order, one to accompany the subpoena, plus an extra copy for the Marshal.

2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoena and money order in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individual in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effective service. Said costs shall be enumerated on the USM-285 form.

Dated: February 2, 2023

HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE

2