# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C. RELEVANTE, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01741 JLT HBK (PC)<br><br>NOTICE THAT PLAINTIFF TONY ASBERRY, CDCR #P63853, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

The jury trial in this matter commenced on April 4, 2023. **Plaintiff Tony Asberry, CDCR #P63853**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　Dated: __**April 11, 2023**__　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE